DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES MURRAY BEAUFORD,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-1320

[December 20, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Michael C. Heisey, Judge; L.T. Case Nos. 2021CF001671A and 2022CF000955A.

James Murray Beauford, Wewahitchka, pro se.

No appearance for appellee.

PER CURIAM.

We affirm Appellant's convictions and sentences without further comment. We reverse, however, the imposition of investigative costs as those costs were never requested by the State or by any investigating law enforcement agency. *See Phillips v. State*, 352 So. 3d 545, 545 (Fla. 1st DCA 2022) ("We affirm this appeal in all respects, except that the trial court's imposition of the $50 cost of investigation is unlawful under section 938.27, Fla. Stat. (2019) because no agency requested them."). On remand, the trial court shall "enter an amended judgment and sentence that strikes or deletes the investigative costs, without the State being entitled to have these costs reimposed." *Smith v. State*, 291 So. 3d 637, 637 (Fla. 5th DCA 2020).

*Affirmed in part, reversed in part, and remanded with instructions.*

DAMOORGIAN, GERBER and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***